# Court of Appeals
# of the State of Georgia

ATLANTA,  September 12, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0383.  BREMAN BOWDEN INVESTMENT CO. v. TRACY COX.**

Upon consideration of the Appellant's Motion for Reconsideration in the above styled case, it is ordered that the motion is hereby GRANTED.   In addition thereto, the application for appeal is also GRANTED.  The parties are specifically directed to include within their Briefs the discussion of the"date of docketing" and whether this Court properly has jurisdiction.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*  09/12/2016

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*